# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  APPOINTMENTS TO CRIMINAL PROCEDURAL RULES COMMITTEE | : No. 485<br>:<br>: CRIMINAL PROCEDURAL RULES<br>:<br>: DOCKET<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of February, 2017, William R. Carroll, Esquire, Somerset County, and Aaron J. Marcus, Esquire, Philadelphia, are hereby appointed as members of the Criminal Procedural Rules Committee for a term of three years commencing March 1, 2017.